**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Jane Doe #1; Jane Doe #2, Jane Doe #3,<br><br>Plaintiffs,<br><br>v.<br><br>Tom Betlach, Director, Arizona Health Care Cost Containment System; Tom Horne, Attorney General,<br><br>Defendants. | No. 12-CV-01533-PHX-NVW<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF JUDGMENT ON PLAINTIFFS' AMENDED APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>**AND**<br><br>**JUDGMENT ON PLAINTIFFS' AMENDED APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

This matter is before the Court on the parties' Joint Motion for Entry of Judgment on Plaintiffs' Amended Application for Attorneys' Fees and Costs (Doc. 119). Having reviewed the parties' Joint Motion regarding Plaintiff's Amended Application for Attorneys' Fees and costs (Doc. 115), and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion for Entry of Judgment on Plaintiffs' Amended Application for Attorney's Fees and Costs is granted;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, for attorneys' fees and non-taxable costs, in the amount of Two Hundred Fifteen Thousand Dollars and No Cents ($215,000.00);

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue on the forgoing amount at the rate of .11% per annum, commencing on the date of entry of this Judgment on Plaintiff's Amended Application for Attorneys' Fees and Costs, until such time as the forgoing amount is paid to Plaintiffs.

This Judgment on Plaintiffs' Amended Application for Attorneys' Fees and Costs shall not affect the previously-entered Judgment on Taxation of Costs in this matter, which awarded Plaintiffs the amount of $1,088.43 in taxable costs [DE #116].

Dated this 13th day of May, 2013.

_____
Neil V. Wake
United States District Judge