| | |
|---|---|
| **SQUIRE SANDERS (US) LLP**<br>1 EAST WASHINGTON STREET, SUITE 2700<br>PHOENIX, ARIZONA 85004<br>(602) 528-4000<br><br>Lawrence J. Rosenfeld, SBN 004426<br>lawrence.rosenfeld@squiresanders.com<br>Daniel B. Pasternak, SBN 023751<br>daniel.pasternak@squiresanders.com | **PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.**<br>434 WEST 33RD STREET<br>NEW YORK, NEW YORK 10001<br>(212) 541-7800<br><br>Roger Evans<br>(Admitted *Pro hac vice*)<br>roger.evans@ppfa.org |
| **PLANNED PARENTHOOD FEDERATION OF AMERICA**<br>1110 VERMONT AVENUE NW, SUITE 300<br>WASHINGTON, DC 20005<br>(202) 973-4800<br><br>Alice Clapman<br>(Admitted *Pro hac vice*)<br>alice.clapman@ppfa.org | **ACLU FOUNDATION**<br>125 BROAD STREET, 18TH FLOOR<br>NEW YORK, NEW YORK 10004<br>(212) 549-2633<br><br>Susan Talcott Camp<br>(Admitted *Pro hac vice*)<br>tcamp@aclu.org<br>Andrew Beck<br>(Admitted *Pro hac vice)*<br>abeck@aclu.org |
| **ACLU FOUNDATION OF ARIZONA**<br>3707 NORTH 7TH STREET, SUITE 235<br>PHOENIX, ARIZONA 85014<br>(602) 650-1854<br><br>Daniel J. Pochoda, SBN 021979<br>dpochoda@acluaz.org<br>*Attorneys for Plaintiffs* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Jane Doe #1; Jane Doe #2, Jane Doe #3; Eric Reuss, M.D.,<br><br>       Plaintiffs,<br><br> vs.<br><br>Tom Betlach, Director, Arizona Health Care Cost Containment System; Tom Horne, Attorney General,<br><br>       Defendants. | No. 2:12-cv-01533-NVW<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT FOR PLAINTIFFS' ATTORNEYS' FEES AND NON-TAXABLE COSTS** |

687020/1/PHOENIX

The parties jointly move and stipulate for an entry of judgment of $18,000.00, plus post-judgment interest at the statutory rate, in Plaintiffs' favor for the attorneys' fees and costs incurred in responding to Defendants' petition for writ of certiorari to the U.S. Supreme Court.

**FACTUAL BACKGROUND**

**A.      District Court Proceedings**

On February 22, 2013, this Court entered a Final Judgment in favor of Plaintiffs and against Defendants and entered a Permanent Injunction enjoining Defendants from: 1) taking any action to implement or enforce A.R.S. § 35-196.05(B) against Plaintiffs and all entities or persons acting by and/or through them; 2) disqualifying otherwise qualified providers from receiving Medicaid reimbursement for medical services covered by Medicaid on the basis that these providers provide otherwise legal abortions; or 3) requiring providers to sign the attestation form issued by the Arizona Health Care Cost Containment System in furtherance of A.R.S. § 35-196.05(B), and from enforcing any previously signed attestation forms.  (Doc. 109) On May 5, 2013, the Court entered Judgment in Plaintiffs' favor for attorneys' fees and costs (Doc. 120), pursuant to a Joint Motion submitted by the parties on March 10, 2013. (Doc. 119)

**B.      Ninth Circuit Proceedings**

On March 20, 2013, Defendants filed a Notice of Appeal from this Court's judgment. (Doc. 113) The Ninth Circuit consolidated the appeal from the final judgment (Case No. 13-15506) with an appeal from the Court's entry of a preliminary injunction (Case No. 12-17558).

On August 22, 2013, the Ninth Circuit affirmed the Court's summary judgment order and entry of permanent injunction, and dismissed as moot Defendants/ Appellants' appeal of the Court's entry of preliminary injunction. (Case No. 13-15506, ECF No. 33) The parties thereafter reached a settlement with respect to Plaintiffs/Appellees' attorneys' fees and non-taxable costs, and, on October 8, 2013,

submitted a joint motion and stipulation for entry of judgment in Plaintiffs/Appellees' favor, for attorneys' fees and non-taxable costs. (Case No. 13-15506, ECF No. 38) That motion is still pending.

### C.     Supreme Court Proceedings

After the joint motion for attorneys' fees was filed, the Ninth Circuit received notice from the U.S. Supreme Court that Defendants-Appellants had filed a petition for writ of certiorari. (Case No. 13-15506, ECF No. 39) Plaintiffs-Appellees opposed the petition. On February 24, 2014, the Supreme Court denied the petition, in Supreme Court case no. 13-621. (Case No. 13-15506, ECF No. 40)

### STIPULATION FOR JUDGMENT IN FAVOR OF PLAINTIFFS

After the Supreme Court denied Defendants' petition for certiorari, Plaintiffs' counsel conferred with Defendants' counsel regarding filing a motion to recover the attorneys' fees and non-taxable costs that Plaintiffs incurred in opposing Defendants' petition. Plaintiffs' counsel proposed that the parties attempt to arrive at a settlement with respect to that amount, and, as they had been in the prior stages of litigation, Defendants' counsel were amenable to pursuing this effort.

The parties have since concluded those discussions, and Defendants/Appellants have agreed to stipulate to a Judgment being entered against them, jointly and severally, in favor of Plaintiffs/Appellees in the amount of $18,000.00 for Plaintiffs' attorneys' fees and non-taxable costs incurred incident to the petition for writ of certiorari. The parties further stipulate that post-judgment interest shall accrue on the foregoing amount at the current statutory rate of 14%, commencing on the date that the Court enters the Judgment, until such time as the foregoing amount is paid to Plaintiffs.

Accordingly, for the foregoing reasons, the parties jointly request that the Court enter Judgment, consistent with the terms set forth herein. A proposed Order and Judgment is submitted with this Joint Motion.

RESPECTFULLY SUBMITTED this 27th day of March 2014.

                      *s/ Lawrence J. Rosenfeld*
                      Lawrence J. Rosenfeld
                      Daniel B. Pasternak
                      Squire Sanders (US) LLP
                      1 East Washington Street, Suite 2700
                      Phoenix, Arizona  85004
                      Telephone:   (602) 528-4000
                      Facsimile:    (602) 253-8129
                      *Attorneys for Plaintiffs*

| | |
|---|---|
| Roger Evans* | Daniel J. Pochoda |
| PLANNED PARENTHOOD FEDERATION OF AMERICA | AZ Bar No. 021979 |
| | ACLU FOUNDATION OF ARIZONA |
| 434 West 33rd Street | 77 E. Columbus Street, Suite 205 |
| New York, New York 10001 | Phoenix, AZ  85012 |
| (212) 261-4708 | (602-650-1854 |
| roger.evans@ppfa.org | dpochoda@acluaz.org |
| | |
| | Susan Talcott Camp* |
| Alice Clapman* | Andrew Beck* |
| PLANNED PARENTHOOD FEDERATION OF AMERICA | ACLU FOUNDATION |
| | 125 Broad Street, 18th Floor |
| 1110 Vermont Avenue NW, Suite 300 | New York, NY 10004 |
| Washington, DC 20005 | (212) 549-2633 |
| (202) 973-4800 | tcamp@aclu.org |
| alice.clapman@ppfa.org | *Attorneys for Plaintiff* |

                      *Admitted Pro Hac Vice

                      *s/ Robert Ellman (w/permission)*
                      Robert Ellman
                      Arizona Attorney General's Office
                      1275 West Washington Street
                      Phoenix, Arizona  85007-2997
                      *Attorneys for Defendant Tom Horne, Attorney General*

                      *s/ Logan T. Johnson (w/permission)*
                      Logan T. Johnston
                      Johnston Law Offices, P.L.C.
                      1402 East Mescal Street
                      Phoenix, Arizona  85020
                      *Attorneys for Defendant Tom Betlach, Director, Arizona Health Care Cost Containment System*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert Ellman
Arizona Attorney General's Office
1275 West Washington Street
Phoenix, Arizona  85007-2997
Robert.Ellman@azag.gov
*Attorneys for Defendant Tom Horne, Attorney General*

Logan T. Johnston
Johnston Law Offices, P.L.C.
1402 East Mescal Street
Phoenix, Arizona  85020
LTJohnston@JohnstonLawOffices.net
*Attorneys for Defendant Tom Betlach, Director, Arizona Health Care Cost Containment System*

Steven H. Aden
Catherine G. Foster
Alliance Defending Freedom
801 G Street, N.W., Suite 509
Washington, DC  20001
Saden@telladf.org
Cfoster@adf.org
*Attorneys for Defendant Tom Horne, Attorney General, State of Arizona*

Stuart F. Delery
Acting Assistant Attorney General
John S. Leonardo
United States Attorney
District of Arizona
Sheila M. Lieber
Deputy Director, Federal Programs Branch
Tamra T. Moore
Ethan P. Davis

- 4 -

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C.  20001
Joseph.W.Mead@usdoj.gov
Tamra.moore@usdoj.gov
*Attorneys for the United States of America*

*s/ Betty Rios*