IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Tom Betlach, et al., <br><br> Defendants. | No. CV-12-01533-PHX-NVW <br><br> **ORDER** |

The Court having considered the parties' Joint Motion for Entry of Judgment for Plaintiffs' Attorneys' Fees and Non-Taxable Costs (Doc. 127) and Memorandum (Doc. 129), and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion for Entry of Judgment for Plaintiffs' Attorneys' Fees and Non-Taxable Costs (Doc. 127) is granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, for attorneys' fees and non-taxable costs in the amount of Eighteen Thousand Dollars and No Cents ($18,000.00).

/ / /

/ / /

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED that post-judgment interest shall accrue on the
2 foregoing amount at the rate of .13 % per annum, commencing on the date of entry of this
3 judgment until such time as the foregoing amount is paid to Plaintiffs.

4   Dated this 10th day of April, 2014.

_____
Neil V. Wake
United States District Judge